MULCAHY, Respondent, v. FEDERAL SUGAR REFINING CO., Appellant. (Supreme Court, Appellate Division, Second Department.

September 10, 1912.) Action by John Mulcahy against the Federal Sugar Refining Company.

PER CURIAM. Judgment and order affirmed, with costs.

WOODWARD and RICH, JJ., dissent.